U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: BAHIG F. BISHAY | COURT CASE NUMBER: 05 CV 11771 NMG |
| DEFENDANT: BRIGHTON AVENUE ASSOCIATES, LLC | TYPE OF PROCESS: Summons |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C/O JAMES SINGER, ESQ., RUDOLPH FRIEDMANN, LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  92 STATE STREET, BOSTON, MA 02109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BAHIG F. BISHAY
163 BLUE HILL DR.
WESTWOOD, MA 02090

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

[U.S. Marshal Service Boston, MA stamp: AUG 29 P 12:08]

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 781.326.3310
DATE: 8.7.05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Talavera | Date: 8/29/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): CAROLINA URZUA
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 9/14/05
Time: [illegible] am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 67.50 | — | | 67.50 | 45.00 | 22.50 |

REMARKS:

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 Rev. 12/15/80

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

BAHIG F. BISHAY

v.

AMERICAN ARBITRATION ASSOCIATION

AND

BRIGHTON AVENUE, ASSOCIATES, LLC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 117 __ __

TO: (Name and address of Defendant)

BRIGHTON AVENUE ASSOCIATES, LLC.
c/o JAMES SINGER, ESQ., RUDOLPH FRIEDMANN LLP, 92 STATE STREET, BOSTON, MA 02109

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BAHIG F. BISHAY
163 BLUE HILL DR.
WESTWOOD, MA 02090

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  8/26/05