**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| BAHIG F. BISHAY | 05 CV 11771 NMG |
| DEFENDANT | TYPE OF PROCESS |
| American Arbitration Association | Summons |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

American Arbitration Association

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  335 Madison Avenue, N.Y., N.Y. 10017-4605

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bahig F. Bishay
163 Blue Hill Dr.
Westwood, MA 02090

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEFENDANT: Phone #: 212.716.5800

RECEIVED 2005 SEP 15 PM U.S. MARSHALS SERVICE SOUTHERN DISTRICT NEW YORK

2005 AUG 29 P 12:09 U.S. MARSHAL SERVICE BOSTON, MA

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 781.326.3310   DATE: 8-?-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk  Nancy Salemm | Date 8/29/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  ?. ha Carbone  (Legal)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9-20-05   Time: 11:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount Refund |
|---|---|---|---|---|---|
| 45.00 | 3.42 | 8.00 | $56.42 | | 18.42 |

REMARKS: Process forwarded to USMS SD/NY 8/30/05 NT

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 Rev. 12/15/80

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

BAHIG F. BISHAY

v.

AMERICAN ARBITRATION ASSOCIATION
AND
BRIGHTON AVENUE, ASSOCIATES, LLC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

AMERICAN ARBITRATION ASSOCIATION
335 MADISON AVENUE, NEW YORK CITY, N.Y. 10017-4605

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

BAHIG F. BISHAY
163 BLUE HILL DR.
WESTWOOD, MA 02090

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 8/26/05