COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                        Superior Court
                                                                    Civil Action No. 05-03746

|  |  |
|---|---|
| BAHIG F. BISHAY,<br>    Claimant<br>        v.<br><br>AMERICAN ARBITRATION ASSOCIATION,<br>    Dispute Resolution Service Worldwide;<br><br>and<br><br>BRIGHTON AVENUE ASSOCIATES, LLC.,<br>    Respondent | In re American Arbitration Association<br>Case No. 11 115 Y 01777 03 |

### MOTION TO STAY DECISION & ORDER ON DEFENDANTS' MOTION TO DISMISS TO ALLOW DISCOVERY & ISSUE SUBPOENA PURSUANT TO RULE 45(b)

Pursuant to Rule 9-A, Claimant Bahig F. Bishay (hereafter "Bishay"), requests this Honorable Court to allow this Motion based on the reasons articulated in the Memorandum in Support of same, which is annexed hereto.

Respectfully submitted,

Bahig F. Bishay,
Pro se

Dated this 15th day of February 15, 2006

Bahig F. Bishay
163 Blue Hill Drive
Westwood, MA 02090
Phone: 781.326.3310
Fax: 781.326.6690