UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Bahig Bishay,**     Claimant | |
| V. | CIVIL ACTION |
| **American Arbitration Assoc., et al.,**     Respondent | NO. **05-11771-NMG** |

**Order of Dimissal**
May 5, 2006

**Gorton, D. J.**

In accordance with the Court's adoption of Report & Recommendation (Docket No. 17), it is hereby ORDERED that the above-entitled action be and hereby is dismissed

| | |
|---|---|
| **Approved,** | **By the Court,** |
| /s/ Nathaniel M. Goroton, | /s/ Craig J. Nicewicz |
| **United States District Judge** | **Deputy Clerk** |