UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN -5 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

| BAHIG F. BISHAY, | |
|---|---|
| Claimant, | Civil Action No. 05-11771-NMG |
| v. | |
| AMERICAN ARBITRATION ASSOC.. et al., | |
| Respondent. | |

## NOTICE OF APPEAL

Claimant Bahig F. Bishay (hereafter "Bishay") hereby gives notice to appeal the following:

1. This Court's Order of Dismissal dated May 5, 2006; and

2. The Magistrate Judge's Report and Recommendation dated April 13, 2006.

Bahig F. Bishay
163 Blue Hill Drive,
Westwood, MA 02090
Phone: 781.326.3310
Facsimile: 781.326.6690

Dated June 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and accurate copy of this document to be served via First Class Mail, pre-paid postage, on counsels listed in the cover attached letter, this day, June 5, 2006.

Bahig F. Bishay