## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-11771

Bahig F. Bishay

v.

American Arbitration Association, et al.,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-21

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/5/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 21, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/22/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11771-NMG

Bishay vs. American Arbitration Association et al.
Assigned to: Judge Nathaniel M. Gorton
Demand: $10,000
Cause: 09:1 U.S. Arbitration Act

Date Filed: 08/26/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Respondent**

**American Arbitration Association**
*Dispute Resolution Service Worldwide*

represented by **John M. Simon**
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
617-542-6789
Fax: 617-556-8989
Email: jsimon@scmllp.com
*ATTORNEY TO BE NOTICED*

**Respondent**

**Brigthon Avenue Associates, LLC.**

represented by **James S. Singer**
Rudolph Friedmann, LLP
92 State Street
Boston, MA 02109
617-723-7700
Fax: 617-227-0313
Email: JSinger@rflawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Bahig F. Bishay**

represented by **Bahig F. Bishay**
163 Blue Hill Drive
Westwood, MA 02090
781.326.3310
Fax: 781.326.6690
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2005 | 1 | COMPLAINT against American Arbitration Association, Brigthon Avenue Associates, LLC. Filing fee: $ 250, receipt number 66512, filed by Bahig F. Bishay. (Attachments: # 1 Exhibit A-I)(Elefther, Elizabeth) (Entered: 08/30/2005) |
| 08/26/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Elefther, Elizabeth) (Entered: 08/30/2005) |
| 08/29/2005 |  | Summons Issued as to American Arbitration Association, Brigthon Avenue Associates, LLC.. (Elefther, Elizabeth) (Entered: 08/30/2005) |
| 09/19/2005 | 2 | US Marshal Process Receipt and Return for Summons. Bahig F. Bishay served Delivered on 9/14/05 (Elefther, Elizabeth) (Entered: 09/19/2005) |
| 09/28/2005 | 3 | US Marshal Process Receipt and Return for Summons. American Arbitration Association served Delivered on 9/20/05 (Elefther, Elizabeth) (Entered: 09/28/2005) |
| 10/03/2005 | 4 | MOTION to Dismiss Plaintiff's Application-Complaint Pursuant to U.S. Arbitration Act Title 9 by Brigthon Avenue Associates, LLC..(Elefther, Elizabeth) (Entered: 10/04/2005) |
| 10/03/2005 | 5 | MEMORANDUM in Support re 4 MOTION to Dismiss Application-Complaint Pursuant to U.S. Arbitration Act-Title 9 filed by Brigthon Avenue Associates, LLC.. (Elefther, Elizabeth) (Entered: 10/04/2005) |
| 10/11/2005 | 6 | MOTION to Dismiss by American Arbitration Association. (Simon, John) (Entered: 10/11/2005) |
| 10/11/2005 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss filed by American Arbitration Association. (Attachments: # 1 Exhibit A)(Simon, John) (Entered: 10/11/2005) |
| 10/20/2005 | 8 | MOTION for Extension of Time for one week to File Opposition to Motion to Dismiss by Bahig F. Bishay.(Elefther, Elizabeth) Additional attachment(s) added on 10/20/2005 (Elefther, Elizabeth). (Entered: 10/20/2005) |
| 10/20/2005 | 16 | Opposition re 6 MOTION to Dismiss filed by Bahig F. Bishay. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit a# 2 Exhibit b)(Sonnenberg, Elizabeth) (Entered: 04/10/2006) |
| 10/25/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 8 Motion for Extension of Time, no further extensions. (Nicewicz, Craig) (Entered: 10/25/2005) |
| 10/25/2005 | 9 | Opposition re 6 MOTION to Dismiss filed by Bahig F. Bishay. (Elefther, Elizabeth) (Entered: 10/26/2005) |
| 11/30/2005 | 10 | Judge Nathaniel M. Gorton : Electronic ORDER entered. REFERRING MOTION 4 MOTION to Dismiss filed by Brigthon Avenue Associates, LLC.,, 6 MOTION to Dismiss filed by American Arbitration Association, to Magistrate Judge Robert B. Collings for R&R.(Nicewicz, Craig) (Entered: 11/30/2005) |
| 02/13/2006 | 11 | ADDENDUM re 6 MOTION to Dismiss *To Raise Newly Arisen Defense of Res Judicata* filed by American Arbitration Association. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Simon, John) (Entered: 02/13/2006) |
| 02/21/2006 | 12 | Opposition to Addendum to 11 MOTION to Dismiss to Raise Newly Arisen Defense of Res Judicata filed by Bahig F. Bishay. (Attachments: # 1 Exhibit 1)(Sonnenberg, Elizabeth) (Entered: 02/22/2006) |
| 02/21/2006 | 13 | MOTION to Stay Decision & Order on Defendant's Motion to Dismiss to allow Discovery & Issue Subpoena pursuant to Rule 45(a) by Bahig F. Bishay.(Sonnenberg, Elizabeth) (Entered: 02/22/2006) |
| 02/21/2006 | 14 | MEMORANDUM in Support re 13 MOTION to Stay filed by Bahig F. Bishay. (Attachments: # 1 Exhibit 1)(Sonnenberg, Elizabeth) (Entered: 02/22/2006) |
| 03/29/2006 | 15 | MOTION for Expedited Relief: to Compel Non-Party Arbitrators and American Arbitration Association to Comply with Subpoenas issued by this Court Pursuant to Rule 45 by Bahig F. Bishay. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Sonnenberg, Elizabeth) (Entered: 03/30/2006) |
| 04/13/2006 | 17 | Judge Robert B. Collings : REPORT AND RECOMMENDATIONS re 4 MOTION to Dismiss filed by Brigthon Avenue Associates, LLC., and 6 MOTION to Dismiss filed by American Arbitration Association; |

| | | |
|---|---|---|
| | | Recommendation: RECOMMEND that both Motions to Dismiss be ALLOWED and FURTHER RECOMMEND that judgment enter for defendants. Objections to R&R due by 4/27/2006.(Dolan, Kathleen) (Entered: 04/13/2006) |
| 04/13/2006 | 18 | Opposition re 15 MOTION to Compel *Compliance with Subpoenas* filed by American Arbitration Association. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Simon, John) (Entered: 04/13/2006) |
| 04/13/2006 | | Case no longer referred to Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 04/13/2006) |
| 04/24/2006 | 19 | OBJECTION to 17 Report and Recommendations filed by Bahig F. Bishay. (Sonnenberg, Elizabeth) (Entered: 04/26/2006) |
| 05/05/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS ; accepted and adopted. Motion to dismiss 4 and motion to dismiss 6 allowed. (Nicewicz, Craig) (Entered: 05/05/2006) |
| 05/05/2006 | 20 | Judge Nathaniel M. Gorton : ORDER of DISMISSAL entered. (Nicewicz, Craig) (Entered: 05/05/2006) |
| 05/10/2006 | | Motions terminated: 13 MOTION to Stay filed by Bahig F. Bishay,, 15 MOTION to Compel filed by Bahig F. Bishay; mooted by Order of Dismissal. (Nicewicz, Craig) (Entered: 05/10/2006) |
| 06/05/2006 | 21 | NOTICE OF APPEAL as to Order Adopting Report and Recommendations, 20 Order by Bahig F. Bishay. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/26/2006. (Sonnenberg, Elizabeth) (Entered: 06/06/2006) |
| 06/05/2006 | | Filing fee: $ 455.00, receipt number 72831 for 21 Notice of Appeal, (Sonnenberg, Elizabeth) (Entered: 06/06/2006) |