# United States Court of Appeals
## For the First Circuit

## MANDATE

No. 06-1953

BAHIG F. BISHAY,

Plaintiff, Appellant,

v.

AMERICAN ARBITRATION ASSOC. AND BRIGHTON AVENUE ASSOCS., LLC.,

Defendants, Appellees.

---

### JUDGMENT

Entered: March 27, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: APR 1 8 2007

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: _____
Margaret Carter, Chief Deputy Clerk

[cc: Bahig F. Bishay, John M. Simon, Esq., Kay H. Hodge, Esq., James S. Singer, Esq.]